# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### AT BOWLING GREEN

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.S. | CRIMINAL ACTION NO. 1:06CR-48-R |
| KALEN W. WATKINS | DEFENDANT |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

      This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with retained counsel, Mr. R. Kent Westberry, appeared before me on August 24, 2007, and entered a plea of guilty to Count 6 of the Second Superseding Indictment pursuant to a Rule 11 (c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 6 of the Second Superseding Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such an offense. I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly. The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain under the terms and conditions of his present bond pending sentencing before the District Court.

Official Court Reporter:   Alan Wernecke

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

| 0 | 30 |
|---|---|