*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*106 United States Courthouse*
*601 West Broadway*
*Louisville, Kentucky 40202-2249*
*(502) 625-3500*

*James J. Vilt Jr.*
*Clerk of Court*

*Drew D'Agostino*
*Chief Deputy Clerk*

April 15, 2022

**Notice to Counsel**

Re: Exhibit retrieval – USA v. Watkins, et al, Case No. 1:06-CR-48-TBR-HBB ✓

Dear Counsel,

Notice is hereby given that if the exhibits filed by you are not claimed within two (2) weeks from the date of this letter, the exhibits will be destroyed pursuant to LCrR 55.2(c), which states as follows:

> *The clerk may direct counsel of record to retrieve their exhibits from the Clerk's custody by a specific date. The Clerk may destroy any exhibits that remain unclaimed two weeks after counsel of record has been directed to retrieve them.*

Please contact me to arrange retrieval of your exhibits. Should you have any questions, do not hesitate to contact this office at 502-625-3500.

Sincerely,

JAMES J. VILT, JR., CLERK

By: /s/ C. Denise Lambrianou
Deputy Clerk

DN-256

5-6-22 - All exhibits on attached Exhibit Inventory destroyed this date. Cdl

FILED
JEFFREY A. APPERSON, CLERK
JAN 16 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: 1:06-CR-48 Style of Case: USA vs Kenneth Scott Harris + Hopkins
Received from: Reggie McBride Received by: Celia [signature] Date: 1/16/2008

Proceedings: Jury trial

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| Government exhibits, see attached exhibit list | | | |
| Court Ex 1 - document - sealed | | | |
| Court Ex 2 | Stipulation | D20 | Phase II Assessment |
| D19A-D19Q | Photos | D21 | Harris hazardous materials |
| D1 | Covan receipt | ~~D22~~ | manager certificate |
| D1A | Covan email | D22 | OSU doctorate certificate |
| D1C | Univ. Apartments lease | D16 | Tackett plea agreement |
| D1E | Credit card statement | Hopkins 1 | Andy Watkins ck, 3,000 |
| D10 | Bankruptcy document | Hopkins 1-4 | from in chambers |
| D11 | Honorable discharge cert. | | proceeding - did not go |
| D13 | Pollock plea agreement | | to jury - correspondence |
| D17 | AMG inv. # 10026 | | between Cox, Weiser + |
| D18 | RMG inv. # 10043 | | Greene |

G11 - Watkins email re farm
NOTES: G12 - 8-6-02 FOL questionnaire

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:

OTHER DISPOSITION:

DATE: RETURNED BY: , Deputy Clerk

256

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**

## UNITED STATES' EXHIBIT LIST

| Exhibit No | EXHIBITS |
|---|---|
| 1a-1 | 5/21/2001 Environmental Technology Associates, Inc. invoice #7035 billed to SCS Environmental Group in the amount of $40,110.00 |
| 1a-2 | 6/25/2001 check #3595 from SCS Environmental Group to Environmental Technology Associates, Inc. In the amount of $40,110.00 |
| 1b-1 | 1/8/2002 Environmental Technology Associates, Inc. invoice #7043 billed to SCS Environmental Group in the amount of $10,700.00 |
| 1b-2 | 1/16/2002 check #5316 from SCS Environmental Group to Environmental Technology Associates, Inc. In the amount of $10,700.00 |
| 1c-1 | 1/31/2002 Environmental Technology Associates, Inc. invoice #7044 billed to SCS Environmental Group in the amount of $25,000.00 |
| 1c-2 | 3/5/2002 check #5456 from SCS Environmental Group to Environmental Technology Associates, Inc. in the amount of $25,000.00 |
| 1d-1 | 3/21/2002 Environmental Technology Associates, Inc. invoice #7049 billed to SCS Environmental Group in the amount of $25,000.00 |
| 1d-2 | 4/2/2002 check #5526 from SCS Environmental Group to Environmental Technology Associates, Inc. in the amount of $12,500.00<br>4/3/2002 check #5530 from SCS Environmental Group to Environmental Technology Associates, Inc. in the amount of $22,985.00 |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1e | Safe Box accounting for Environmental Technology Association, Box 73, Cave Mill Office, box withdrawals:<br>10/08/1999 entry time of 10:27 a.m.<br>10/08/1999 entry time of 4:40 p.m.<br>10/18/1999 entry time of 10:05 a.m.<br>10/23/1999 entry time of 10:20 a.m.<br>10/25/1999 entry time of 9:48 a.m.<br>10/30/1999 entry time of 11:06 a.m.<br>11/01/1999 entry time of 9:15 a.m. |
| 1f-1 | 1/24/2001 Cyclone, Inc. invoice #1029 billed to SCS Environmental Group, LLC in the amount of $40,048.00 |
| 1f-2 | 1/25/2001 SCS Environmental Group, LLC check number 2484 made payable to Cyclone Inc. In the amount of $40,048.00 |
| 1g-1 | 9/18/2001 Cyclone, Inc. Invoice #1271 billed to SCS Environmental Group, LLC in the amount of $58,400.00 |
| 1g-2 | 9/20/2001 SCS Environmental Group, LLC check number 5052 in the amount of $58,400.00 made payable to Cyclone, Inc. |
| 1i-1 | 9/18/2001 Cyclone, Inc. check #6309 made payable to Kalen Watkins in the amount of $73,200.00 |
| 1i-2 | 08/31/2001 through 9/28/2001 Watkins Farm Account bank statement showing the $85,348.00 deposit |
| 1j-1 | 12/20/2001 Pollock & Associates invoice #4449-01 billed to Fruit of the Loom in the amount of $24,268.00 |
| 1j-2 | 12/24/2001 Fruit of the Loom P.O. 186570 paid to Pollock & Associates in the amount of $24,268.00 |
| 1j-3 | 12/28/2001 Union Underwear Co. Inc check number 714781 in the amount of $24,268.00 made payable to Pollock and Associates |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1j-4 | Pollock invoices sent to FOL:<br>Fruit of the Loom chart depicting invoices paid to Pollock and Associates<br>01/06/1999 invoice #84<br>02/22/1999 invoice #96<br>05/28/1999 invoice #103<br>06/08/1999 invoice #104<br>06/30/1999 invoice #108<br>08/26/1999 invoice #111<br>08/26/1999 invoice #112<br>08/26/1999 invoice #114<br>10/12/1999 invoice #288<br>10/14/1999 invoice #297<br>01/25/2001 invoice #1041 |
| 1j-5 | 04/20/1999 Risk Management Group, Inc check #1076 in the amount of $74,912.00 made payable to Pollock and Associates;<br>06/23/1999 Risk Management Group, Inc check #1156 in the amount of $8,400.00 made payable to Ron Pollock;<br>06/28/1999 Risk Management Group, Inc check#1162 in the amount of $9,250.00 made payable to Ron Pollock |
| 1j-6 | 12/9/1999 Pollock and Associates check 1520 in the amount of $33,950.00 made payable to Lori Watkins |
| 1j-7 | 1/5/2000 Pollock and Associates check 1581 in the amount of $31,300.00 made payable to Lori Watkins |
| 1k-1 | 01/24/2002 Pollock and Associates check 2631 in the amount of $18,000.00 made payable to Laura L. Wells<br>1/23/2002 deposit ticket for the amount of $18,900.00 for the account of Laura Wells |
| 1l-1 | RMG invoices to FOL |
| 1l-2 | Summary of FOL checks to RMG<br>FOL checks to RMG |
| 1l-3 | RMG checks to Cyclone:<br>06/01/1999 RMG check #1124 payable to Cyclone, Inc. in the amount of $53,540.00<br>04/01/1999 RMG check #1039 payable to Cyclone, Inc. In the amount of $97,095.00 |
| 1l-4 | 4/9/1999 currency transaction report filed on Tyrone Tackett, d/b/a Cyclone, Inc.<br>6/11/1999 currency transaction report filed on Cyclone Inc. |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1l-5 | FARMER'S BANK, Acct#2314150, certified records 04/06/2007 Risk Management Group, Inc. |
| 1l-6 | Risk Management Group, Inc. summary of deposit report of account #2314150 1/1/1999 through 12/31/2003 |
| 1l-7 | Risk Management Group, Inc. summary of withdrawal report sorted by Payee of account #2314150, 1/1/1999 through 12/31/2003 |
| 1l-8 | Risk Management Group, Inc. summary of deposit report sorted by Payor of account #2314150, 1/1/1999 through 12/31/2003 |
| 1l-9a | FARMERS NATIONAL BANK, Acct#38351773, certified records -5/1/2007, Scott Harris/Deborah L. Harris |
| 1l-9 | K. Scott Harris/Deborah L. Harris summary of deposit report of account #38351773, 1/1/1999 through 12/31/2001 |
| 1l-10 | K. Scott Harris/Deborah L. Harris summary of withdrawal report sorted by Payee of account #38351773, 1/1/1999 through 12/31/2001 |
| 1l-11 | K. Scott Harris/Deborah L. Harris summary of deposit report sorted by Payor of account #38351773, 1/1/1999 through 12/31/2001 |
| 1l-11a | Summary - RMG Payments to Tackett and Pollock v. Cash Deposits in Scott Harris' Bank Account - 1999 |
| 1l-12 | Kenneth S. and Deborah L. Harris IRS master file (IMF) MCC literal transcript for the tax year ending December 31, 1999 |
| 1l-13 | 1999 Kenneth S. and Deborah L. Harris individual income tax return prepared by Meyer & Associates |
| 1l-14 | Risk Management Group, Inc. Form 1120S income tax return for an S Corporation and adjustment documents for the tax year ending December 31, 1999 |
| 1l-15 | 1999 Risk Management Group, Inc. 1120S income tax return for an S Corporation prepared by Meyer & Associates |
| 1n-1 | 10/19/1999 Deborah L. Harris savings withdrawal slip in the amount of $18,650.00 to purchase cashiers check |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1n-2 | 10/19/1999 cashier check #142701151 purchased by Deborah L. Harris made payable to Lori Watkins in the amount of $18,650.00 |
| 1n-3 | 10/20/1999 deposit ticket of Kalen and Lori Watkins depositing cashier check #142701151 in the amount of $18,650.00<br>9/21/1999 through 10/20/1999 bank statement of Kalen and Lori Watkins account number 4-9428459-9 |
| 1(o) | 12/1/1999 Deborah L. Harris savings withdrawal slip in the amount of $30,000.00 to purchase cashiers check;<br>12/1/1999 cashier check #142701515 purchased by Deborah L. Harris made payable to Lori Watkins in the amount of $30,000.00;<br>12/3/1999 deposit ticket of Kalen and Lori Watkins depositing cashier check #142701515 in the amount of $30,000.00;<br>11/18/1999 through 12/20/1999 bank statement of Kalen & Lori Watkins, account number<br>4-9428459-9 |
| 1p-1 | 9/07/2001 email from Kalen Watkins to Scott Harris re: fruit of the loom |
| 1p-2 | 9/7/2001 email from Kalen Watkins to Scott Harris titled “lotto” 28561, po 186542 |
| 1q-1 | 9/27/2001 Risk Management Group invoice #10101 billed to Fruit of the Loom in the amount of $28,771.00 (P.O. No. 186542: Project Jacksonville, AL Phase II) |
| 1q-2 | 9/27/2001 Fruit of the Loom P.O. #186542 to Risk Management Group in the amount of $28,771.00 |
| 1q-3 | 10/04/2001 Fruit of the Loom check number 704539 payable to Risk Management Group, Inc in the amount of $28,771.00 |
| 1r-1 | 12/21/2001 Watkins Farm Account deposit slip for deposit of $7,880.00;<br>11/30/2001 through 12/31/2001Watkins Bank Account statement, account number 0495587263;<br>12/21/2001 Firstar, Bowling Green Cave Mill, Cash in Ticket in the amount of $7,880.00 |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1s-3 | 12/17/2001 correspondence from Fruit of the Loom to Mr. Trey Zimmerman, Blue Star Energy, LTD re: Request for Proposal, Jamestown, Kentucky, Coal Delivery and Ash Disposal Pricing;<br>12/17/2001 correspondence from Fruit of the Loom to Mr. David Audas, Ridgeview Coal Company, Inc., re: Request for Proposal, Jamestown, Kentucky, Coal Delivery and Ash Disposal Pricing; 12/17/2001 correspondence from Fruit of the Loom to Mr. Curtis Hopkins re: Request for Proposal, Jamestown, Kentucky, Coal Delivery and Ash Disposal Pricing |
| 1s-4 | 12/17/2001 correspondence from J&L Mining and Stripping, Inc to Cobra Coal Sales Co. re: Stoker Coal Supply for Fruit of the Loom plant |
| 1s-5 | 12/19/2001correspondence from Irvin E (Trey) Zimmerman, Blue Star Energy, LTD to Fruit of the Loom re: bid request |
| 1s-6 | 12/7/2001 correspondence from Robert E. Cain, R&L Mining Inc. To Fruit of the Loom re: bid request |
| 1s-7 | 12/19/2001 correspondence from Curtis Hopkins, Cobra Coal Co., Inc., to Fruit of the Loom, Inc. re: coal supply |
| 1s-8 | 12/20/2001 Fruit of the Loom correspondence to Mr. Rob Cain, R&L Mining re: Coal Shipments and Ash Disposal Union Underwear Company, Inc./Jamestown Plant |
| 1s-9 | Fruit of the Loom supplier payment history report of Cobra Coal Sales |
| 1s-10 | 1/24/2002 UPS packing slip from Kalen Watkins, Fruit of the Loom, to Curtis Hopkins, Cobra Coal Co.. Attachment: 1/24/2002 Union Underwear Co. Inc. payment made to Cobra Coal Co, Inc. In the amount of $42,618.86. |
| 1s-11 | 05/24/2002 memorandum from Curtis Hopkins to Curtis Hopkins to J&L Mining, James Parsons, and/or Larry Sprowles re: summary of payment for coal purchases and expenses. |
| 1t-1 | 5/28/2002 Cobra Coal Company, Inc. check #8007 made payable to Environmental Technology Associates in the amount of $3,012.59;<br>Republic Bank deposit ticket for deposit of Cobra Coal Company check #8007 |
| 1t-2 | 6/24/2002 Cobra Coal Company, Inc. check #8053 made payable to Environmental Technology Associates in the amount of $3,676.89;<br>07/02/2002 Republic bank deposit ticket for deposit of Cobra Coal Company check #8053 |

**United States v. Kalen Watkins, et al.**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 1t-3 | 9/30/2002 Cobra Coal Company, Inc. check #8175 made payable to Laura Wells Consulting in the amount of $10,028.20;<br>09/23/2002 Republic Bank deposit ticket for deposit of $10,028.20 BB&T cashiers check |
| 1t-4 | 1/28/2003 Cobra Coal Company, Inc. check #8370 made payable to Laura Wells Consulting in the amount of $6,000.00;<br>02/01/2003 Republic Bank deposit ticket for deposit of $6,981.47 Cobra Coal Company check #8370 |
| 1t-5 | 2/19/2003 Cobra Coal Company, Inc. check #8415 made payable to Laura Wells Consulting in the amount of $6,200.00;<br>03/04/2003 Republic Bank deposit ticket for deposit of $6,786.87 Cobra Coal Company check #8415 |
| 1t-6 | 4/30/2003 Cobra Coal Company, Inc. check #8494 made payable to Laura Wells Consulting in the amount of $5,549.02;<br>05/02/2003 Republic Bank deposit ticket for deposit of $14,538.89 Cobra Coal Company check #8494 |
| 1t-7 | 8/4/2003 Cobra Coal Company, Inc. check #8625 made payable to Laura Wells Consulting in the amount of $16,822.10;<br>08/07/2003 Republic Bank deposit ticket for deposit of $16,672.10 Cobra Coal Company check #8625 |
| 5-1 | Curtis Hopkins checks payable to Metal Works<br>2/4/2002 Cobra Coal Co. check #7087 made payable to Metal Works in the amount of $2,943.72;<br>2/11/2002 Cobra Coal Co. check #7098 made payable to Metal Works in the amount of $2,445.40;<br>2/24/2002 Cobra Coal Co. check #7125 made payable to Metal Works in the amount of $1,495.75;<br>3/5/2002 Cobra Coal Co. check #7137 made payable to Metal Works in the amount of $2,068.69;<br>4/8/2002 Cobra Coal Co. check #T7014 made payable to Metal Works in the amount of $4,705.96; |
| 5-2 | Fruit of the Loom summary chart of alleged commissions based on invoice date |
| 5-3 | Fruit of the Loom summary chart of alleged commissions based on delivery date |
| 5-4 | Fruit of the Loom summary chart of alleged commissions based on check issue date |

**<u>United States v. Kalen Watkins, et al.</u>**
**Criminal Action No. 1:06CR-48-R**
**Exhibit List**

| Exhibit No | EXHIBITS |
|---|---|
| 5-5 | Fruit of the Loom summary chart of alleged commissions based on check cleared date |
| 6 | 8/1/03 e-mail from Curtis Hopkins to Lori Abney |
| 7 | Pollack checks |
| 8 | 2002 U.S. income tax returns for Cobra Coal, Inc. |
| 9 | 2003 U.S. income tax returns for Cobra Coal, Inc. |
| | |
| | |